O

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| RICHARD ANTHONY MAQUINALES, | Case No. ED CV 18-2059-CAS (SP) |
| Petitioner, | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| ELIOT MARRIAM SPEARMAN, Warden, | |
| Respondent. | |

19   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

20 file, and the Report and Recommendation of the United States Magistrate Judge. No

21 objections to the Report and Recommendation have been filed within the time

22 allowed. The Court accepts the findings and recommendation of the Magistrate

23 Judge.

24   IT IS THEREFORE ORDERED that Judgment will be entered denying the

25 Petition and dismissing this action with prejudice.

26

27 DATED: November 19, 2018   _____

28   HONORABLE CHRISTINA A. SNYDER
   UNITED STATES DISTRICT JUDGE