JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY MAQUINALES, <br><br> Petitioner, <br><br> v. <br><br> ELIOT MARRIAM SPEARMAN, Warden, <br><br> Respondent. | Case No. ED CV 18-2059-CAS (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 19, 2018

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE